```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

TRACY WILLIAMS                                               PLAINTIFF

v.                      Case No. 4:10-CV-04194

OFFICER ADAMS, Miller County
Correctional Facility (MCCF);
OFFICER WILKERSON, MCCF; SGT. WELCH,
MCCF; SGT. ELLOITE, MCCF; INMATE
STEVIE EVANS, Incarcerated at the
MCCF; NURSE WILLIAMS, MCCF; INMATE
KELLY HANCOCK, Incarcerated at the
Varner Unit of the Arkansas
Department of Correction; and CPL.
LAFAYETTE, MCCF                                             DEFENDANTS

## O R D E R

On this 3rd day of May 2011, there comes on for consideration the Report and Recommendations (Doc. 9) filed in this case on April 21, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 11).

The court has reviewed this case and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation. The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.**

Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's claims against separate defendants Inmate Stevie Evans and Inmate Kelly Hancock are **DISMISSED WITH PREJUDICE.** Additionally, any claims based on a

Defendant's alleged failure to bring criminal charges are also subject to dismissal.

IT IS SO ORDERED this 3rd day of May 2011.

*/s/ Paul K. Holmes III*
**Paul K. Holmes III**
**United States District Judge**