IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY BERNARD WILLIAMS                                                                    PLAINTIFF

               v.                              Civil No. 4:10-cv-04194

OFFICER ADAMS, Miller County
Correctional Facility (MCCF); OFFICER
WILKERSON, MCCF; SGT. WELCH,
MCCF; SGT. ELLOITE, MCCF;
NURSE WILLIAMS, MCCF;
and CPL. LAFAYETTE, MCCF                                                                  DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action on December 30, 2010. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Paul K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

The Court directed service on various Defendants by order entered on April 20, 2011 (ECF No. 8). The United States Marshal Service filed an unexecuted return of service with respect to a Defendant listed as Sgt. Elloite (ECF No. 21). Notes on the return indicate the Miller County Sheriff's Office has no record of a Sgt. Elloite.

On May 25, 2011, an order (ECF No. 22) was entered directing Plaintiff to provide the Court with the full name of Sgt. Elloite or sufficient information, such as badge number, time and date of shifts worked, etc., that this Defendant could be identified and served by the United States Marshal. Plaintiff failed to respond in a timely manner to the order. On June 27, 2011, a show cause order (ECF No. 23) was entered directing Plaintiff to show cause why his claims against Sgt. Elloite should not be dismissed. Plaintiff filed a response to the show cause order (ECF No. 24). He indicates he has no

information that would assist the Court in identifying this individual. He therefore asks that the claims against Sgt. Elloite be dismissed.

Plaintiff has the burden of providing the Court with sufficient information to serve the Defendants. *Cf., Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993)(plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses). In this case, Plaintiff is unable to provide the necessary information. I therefore recommend that Plaintiff's request be granted and all claims against Sgt. Elliote be dismissed.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of July 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE