IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY WILLIAMS                                                          PLAINTIFF

v.                                         Case No. 4:10-CV-04194

OFFICER ADAMS, Miller County
Correctional Facility (MCCF); OFFICER
WILKERSON, MCCF; SGT. WELCH,
MCCF; SGT. ELLOITE, MCCF; CPL.
LAFAYETTE, MCCF; and NURSE
WILLIAMS, MCCF                                                          DEFENDANTS

**O R D E R**

On this 6th day of September 2011, there comes on for consideration the Report and

Recommendations (Doc. 25) filed in this case on July 18, 2011, by the Honorable Barry A. Bryant,

United States Magistrate for the Western District of Arkansas.  More than fourteen (14) days have

passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:

the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS**

**ENTIRETY**.    Accordingly, for the reasons stated in the Magistrate Judge's Report and

Recommendations, Separate Defendant Sgt. Elloite is **DISMISSED WITHOUT PREJUDICE** as

a party in the instant matter pursuant to Plaintiff's request and Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 6th day of September 2011.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE